STATE of Rhode Island

v.

Frederick B. PORTER et al.

No. 79–477–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Dennis J. Roberts II, Atty. Gen., for plaintiff-respondent.

Ira L. Schreiber, Providence, Sharp, Randolph & Green, A. Raymond Randolph, Jr., V. Thomas Lankford, Jr., Washington, D. C., for defendant-petitioner Frederick B. Porter.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.